JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHELE ANN HURLEY, ) Case No. CV 19-5954-JPR
                             )
           Plaintiff, ) **JUDGMENT**
                             )
     v. )
                             )
ANDREW M. SAUL, Commissioner )
of Social Security, )
                             )
          Defendant. )
_____)

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; (2) Plaintiff's request for an order remanding the case for further proceedings is DENIED; and (3) judgment is entered in the Commissioner's favor.

DATED: September 30, 2020        _/s/ Jean Rosenbluth_____
                                          JEAN ROSENBLUTH
                                          U.S. Magistrate Judge